**Order entered February 28, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00144-CV

**MICHAEL ANTONELLI, ET AL., Appellants**

**V.**

**BIOTE MEDICAL, LLC, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-16103**

### ORDER

Before the Court is the February 28, 2022 request of Antionette Reagor, Official Court Reporter for the 68th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **March 30, 2022**.

/s/   KEN MOLBERG
JUSTICE